**Order filed November 4, 2015**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-15-00882-CV**
_____

**In the Interest of K.I.B.C., a Child**

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-04633J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue

The notice of appeal was filed October 15, 2015. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due **November 2, 2015**. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Accordingly, we order Geneva Villanueva to file her portion of the record in this appeal **on or before November 16, 2015.** If Geneva Villanueva does not

timely file the record as ordered, the court may issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM